# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **KENNETH BROWNING, JR.,** | : | |
| **Plaintiff,** | : | |
| v. | : | No. 3:21-CV-120-CAR-CHW |
| **SHERIFF'S DEPARTMENT OF ATHENS-CLARKE COUNTY,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 22] that the Court grant Defendant Appling's Motion for Summary Judgment [Doc. 16] because the undisputed facts show that Defendant Appling was not deliberately indifferent to a serious medical need. Plaintiff did not file an objection, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

1

Accordingly, the Recommendation [Doc. 22] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motion for Summary Judgment [Doc. 16] is **GRANTED**.

**SO ORDERED,** this 10th day of January, 2023.

                                                  s/ C. Ashley Royal  
                                                  C. ASHLEY ROYAL, SENIOR JUDGE  
                                                  UNITED STATES DISTRICT COURT